# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143201

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE CITY OF RIVERVIEW,
      Plaintiff-Appellee,

v

ALTHA MAUDE TOWLE,
      Defendant-Appellant.

SC: 143201
COA: 295885
Wayne CC: 2009-020671-AR

_____/

On order of the Court, the application for leave to appeal the April 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

y0919